**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MICHAEL J. FRAGALE,<br><br>Debtor. | CHAPTER 13<br><br>Case No.  18-16211-ELF |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

Pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), Buchanan Ingersoll & Rooney PC ("BIR"), hereby enters its appearance on behalf of Origen Capital Investments VI, LLC and respectfully requests that all notices given or required to be given in this case by the Court, the Debtor, and/or any other parties-in-interest in this case be given BIR at the address and person below.  This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, and plans, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated:  October 30, 2018

**BUCHANAN INGERSOLL & ROONEY PC**

By:  /s/ Mark D. Pfeiffer
Mark D. Pfeiffer, Esquire
PA ID No. 76245
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail:  mark.pfeiffer@bipc.com

*Counsel for Origen Capital Investments VI, LLC*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> MICHAEL J. FRAGALE, <br><br> Debtor. | CHAPTER 13 <br><br> Case No. 18-16211-ELF |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 30th day of October, 2018 a true and correct copy of the foregoing Notice of Appearance and Demand for Notices and Papers via ECF notification upon all parties-in-interest.

Dated: October 30, 2018            **BUCHANAN INGERSOLL & ROONEY P.C.**

By: /s/ Mark D. Pfeiffer
Mark D. Pfeiffer, Esquire
PA ID No. 76245
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail: mark.pfeiffer@bipc.com

*Counsel for Origen Capital Investments VI, LLC*