United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16211-elf
Michael J. Fragale                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD          Page 1 of 1         Date Rcvd: Dec 07, 2018
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db            +Michael J. Fragale,    821 Burrows Run Road,    Chadds Ford, PA 19317-9219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
      ABBE A. MILLER    on behalf of Creditor    Origen Capital Investments VI, LLC abbe.miller@bipc.com
      JOHN A. GAGLIARDI    on behalf of Debtor Michael J. Fragale jgagliardi@wgflaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      MARK D. PFEIFFER    on behalf of Creditor    Origen Capital Investments VI, LLC
      mark.pfeiffer@bipc.com,    donna.curcio@bipc.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MICHAEL J. FRAGALE, | : | |
| Debtor | : | Bky. No. 18-16211 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Real Estate Broker,

It is hereby **ORDERED** that:

1. The Motion is **DENIED** on the ground that it is not necessary for the Debtor to obtain court approval to retain a real estate broker to represent Debtor unless the broker is also representing the Trustee.

2. In order for the real estate broker to receive compensation or allowance of expenses from the proceeds of the sale of property of the bankruptcy estate, either:

    (a) the broker shall file an application in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994); or

    (b) the proposed compensation and the basis therefor shall be described with particularity in the Debtor's Motion for Authority to Sell the Real Estate and in the Notice of Motion required by L.B.R 9014-3(e).

**Date: December 7, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**