## UNITED STATES BANKRUTPCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J FRAGALE                            Chapter 13


                    Debtor                Bankruptcy No. 18-16211-ELF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 20, 2019**

_____
                    Eric L. Frank
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN A GAGLIARDI
101 E EVANS ST
WALNUT BUILDING SUITE A
WEST CHESTER, PA 19380


Debtor:
MICHAEL J FRAGALE

821 BURROWS RUN ROAD

CHADDS FORD, PA 19317