United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                      Case No. 18-16211-elf
Michael J. Fragale                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 2              Date Rcvd: Mar 21, 2019
                            Form ID: pdf900       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
```
db          +Michael J. Fragale,    821 Burrows Run Road,    Chadds Ford, PA 19317-9219
cr          +Origen Capital Investments VI, LLC,    Buchanan Ingersoll & Rooney PC,
              Attn: Mark Pfeiffer, Esquire,    50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
14199653     Barclay’s Bank Card Services,    PO Box 8802,    Wilmington, DE 19899-8802
14199654    +Citizens Bank,    RJW-218,    PO Box 42002,    Providence, RI 02940-2002
14199655    +Citizens Bank of Penna.,    1 Citizens Drive,    ROP 30B,   Riverside, RI 02915-3000
14199656     Citizens Bank of Penna.,    c/o Tyler Dischinger, Esq.,
              301 Grant Street, 1 Oxford Ctr., 20th FL,    Pittsburgh, PA 15219-1410
14199658    +Keystone Tax Claim Bureau,    PO Box 505,    Irwin, PA 15642-0505
14199659    +M&T Bank,    One M&T Plaza,    Buffalo, New York 14203
14205662    +M&T Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14222032    +Origen Capital Investments VI,    c/o Mark D. Pfeiffer, Esquire,    Two Liberty Place,
              50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
14236394    +Origen Capital Investments VI, LLC,    c/o Mark Pfeiffer, Esq.,    Buchanan Ingersoll & Rooney PC,
              50 S. 16th St., Ste. 3200,    Philadelphia, PA 19102-2555
14229672    +Origen Capital Investments VI, LLC,    c/o Abbe A. Miller, Esquire,    Two Liberty Place,
              50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
14199660     Penna. Dept of Revenue/Bankruptcy,    Department 280946,    Harrisburg, Pennsylvania 17128-0946
14199662     Wakefield and Associates,    PO Box 50250,    Knoxville, TN 37950-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Mar 22 2019 03:02:02     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14199657     E-mail/Text: cio.bncmail@irs.gov Mar 22 2019 03:01:27     IRS,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
14235745     E-mail/Text: camanagement@mtb.com Mar 22 2019 03:01:28     M&T BANK,    PO BOX 840,
              Buffalo, NY 14240
14236223     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2019 03:12:24
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14208337     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:42
              Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
              Harrisburg PA 17128-0946
14199661    +E-mail/Text: vci.bkcy@vwcredit.com Mar 22 2019 03:01:48     VW Credit, Inc.,
              1401 Franklin Blvd.,    Libertyville, IL 60048-4460
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA   17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
```
              ABBE A. MILLER    on behalf of Creditor    Origen Capital Investments VI, LLC abbe.miller@bipc.com
              JOHN A. GAGLIARDI    on behalf of Debtor Michael J. Fragale jgagliardi@wgflaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MARK D. PFEIFFER    on behalf of Creditor    Origen Capital Investments VI, LLC
               mark.pfeiffer@bipc.com, donna.curcio@bipc.com
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Mar 21, 2019
                              Form ID: pdf900             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MICHAEL J FRAGALE                    Chapter 13

Debtor                    Bankruptcy No. 18-16211-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 20, 2019**

Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN A GAGLIARDI
101 E EVANS ST
WALNUT BUILDING SUITE A
WEST CHESTER, PA 19380

Debtor:
MICHAEL J FRAGALE

821 BURROWS RUN ROAD

CHADDS FORD, PA 19317